## Law Offices of Clarence Q. Johnson

Clarence Q. Johnson, Esq.  
Attorney and Counselor-at-Law  
58 Cedar Ridge Dr.  
West Seneca, New York 14224

Buffalo Area Phone: (716) 783-2570  
E-mail: CCQJohnson@roadrunner.com

August 9, 2014

Hon. Frederick J. Scullin  
U.S. District Court, NDNY  
U.S. Courthouse, P.O. Box 7367  
100 S. Clinton St.  
Syracuse, NY 13261-7367



RE: U.S. v. Brian F. Stagl, 98-CR-20  
   Status Report: Notice of legal name change and withdrawal of request to modify terms of Supervised Release

Dear Judge Scullin:

   I have been in consultation with the defendant in the above case, along with his supervising Probation Officer, one of his therapists, and another advocate for him. After discussing his particular requests, and on my advice, he has agreed that a petition to modify the terms of his supervised release would not be an appropriate request at this time. His interest in unsupervised travel outside of the jurisdiction is a moot point, as he is unable to afford such travel on his limited income. Questions regarding the particular groups in which he participates as part of his treatment would be best handled in discussions with his treatment providers, he and I have agreed. Therefore, to the extent that the court has treated the defendant's prior letter as a request to modify the terms of supervised release, Mr. Stagl withdraws that request. He plans to stay in contact with me and I will notify the court of any future requests for a modification.

   Also, I want to inform the court that the defendant has obtained a legal name change. He has identified as transgender and an LGBT advocacy group has assisted him in a legal name change to Cindy Francine Stagl. His Probation Officer is aware of the change and does not believe that it represents any issue for supervision, however, I did want to formally notify the court of the change.

Respectfully,

*C. Q. Jr.*

Clarence Q. Johnson, Esq.